Case 1:23-cv-00170   Document 12   Filed on 05/02/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE TORRES,<br>  Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-170 |
| HARBOR FREIGHT TOOLS USA, INC.,<br>  Defendant. | § § § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On February 2, 2024, the parties informed the Court that a settlement agreement was reached. Dkt. No. 6.

On February 14, 2024, the Court ordered that the parties file the necessary dismissal documents or an update on the status of any dismissal documents by no later than April 15, 2024. Dkt. No. 8. Upon their motion, the parties were granted an extension of the submission deadline until May 6, 2024. Dkt. No. 10.

On May 1, 2024, the Court received a joint stipulation of dismissal from all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 11. This Rule permits a plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*). Within the dismissal notice, the parties informed the Court that they "entered into a settlement agreement disposing of all claims asserted by Plaintiff against Defendant." Dkt. No. 11, p. 1.

Accordingly, all claims made in this case are dismissed with prejudice, as agreed by all parties. The District Clerk is directed to close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on May 2, 2024.

_Karen Betancourt_
Karen Betancourt
United States Magistrate Judge